IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANE ETHRIDGE-DELUCCA et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-03262-O |
| | § | |
| SABRE GLBL, INC | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims are **DISMISSED without prejudice**.

2. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **2nd day** of **December, 2025**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE