**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DIANE ETHRIDGE-DELUCCA et al,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-CV-03262-O** |
| | § | |
| **SABRE GLBL, INC** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims are **DISMISSED with prejudice**.

2. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **6th day** of **March, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE